IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01452-WJM-KLM

RAY E. SAMPLE,

      Plaintiff,

v.

CITY OF SHERIDAN, a municipality,
ARTHUR J. KRIEGER, City Manager, individually and in his official capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Vacate Final Pretrial Conference** [Docket No. 32; Filed May 19, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.

      The parties request that a final pretrial conference be rescheduled after the Court has ruled on the pending Motions to Dismiss [Docket Nos. 22 & 23] and Motion to Strike [Docket No. 24].  To ensure efficient progress in this case, the Court prefers to reschedule case management deadlines and conferences rather than postpone them indefinitely. Accordingly,

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 15, 2011 at 9:30 a.m. is **vacated** and **RESET** to **September 19, 2011 at 10:00 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than September 14, 2011**.  Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures. The proposed pretrial order must be submitted in a useable format (i.e., as a WordPerfect document). Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy.  However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the

proposed pretrial order pursuant to the ECF Procedures.  **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

     Dated:  May 20, 2011