IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.  10-cv-01452-WJM-KLM

RAY E. SAMPLE,

  Plaintiff,

v.

CITY OF SHERIDAN, a municipality,
ARTHUR J. KRIEGER, City Manager, individually and in his official capacity,

  Defendants.

_____

**ORDER AWARDING ATTORNEY'S FEES AND COSTS TO PLAINTIFF**
_____

This matter is before the Court on the Court's Order that Defendants' counsel, Light, Kelly & Dawes, P.C., pay to Plaintiff as sanctions the attorney's fees and costs reasonably incurred by Plaintiff in connection with filing his Motion to Strike (ECF No. 24) and in preparing the subsequent submission on time and hourly rate.  (ECF No. 47.) Per Court Order, Plaintiff has submitted a description and summary of his attorney's time expended on the Motion to Strike briefing and the subsequent submission, as well as his attorney's current customary hourly rate.  (ECF No.48.)  Defendants have not provided the Court with any response or input.

In the Court's view**,** the hourly rate of $200.00 for Plaintiff's counsel is very reasonable, but the total amount of hours spent briefing Plaintiff's Motion to Strike appears somewhat high.  Therefore, the Court, in its discretion, subtracts 1.1 hours from the total award of attorneys's fees requested by the Plaintiff, and Plaintiff is

awarded a total of $1,616.50 in attorney's fees and costs**.**

Accordingly, it is ORDERED that Defendants' counsel, Light, Kelly & Dawes, P.C., shall pay jointly to Plaintiff and Plaintiff's counsel a total amount of $1,616.50 in attorney's fees and costs, in accordance with this Court's prior order on sanctions. Defendants' counsel must filed proof of payment with the Court on or before May 31, 2012, to include a statement by counsel that said award has not and will not ever be billed to or collected from Defendants.

Dated this 24th day of April, 2012.

BY THE COURT:

William J. Martinez
United States District Judge