IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date:   February 5, 2013
Court Reporter:  Gwen Daniel

_____

| | |
|---|---|
| Civil Action No.   10-cv-1452-WJM-KLM | *Counsel:* |
| RAY E. SAMPLE, | Charles W. Hemphill |
| Plaintiff, | |
| v. | |
| CITY OF SHERIDAN, a municipality,<br>ARTHUR J. KRIEGER, City Manager,<br>individually and in his official capacity, | Steven J. Dawes<br>Kate L. McDonald |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

02:03 p.m.  Court in Session

Appearances

Court's comments

This case is set for a seven-day jury trial commencing Tuesday, February 19, 2013.

**ORDERED:  1)    Each side shall have 20 minutes for opening statement and voir dire**.

Discussion re Witness Lists

Plaintiff will be calling 21 witnesses and the defendants will be calling 15 witnesses.

**ORDERED: 2)** **Plaintiff shall file by February 12th a new document which includes all current stipulations of fact.**

Court's comments

**ORDERED: 3)** **The designations and objections to the deposition of Michael Copp shall be filed by February 12th.**

The first morning of trial at 8:00 a.m. the Court will rule on the objections to deposition designations, voir dire, and any other pretrial matters.

**ORDERED: 4)** **Both sides shall submit an e-mail to chambers listing the identity of all counsel and parties/parties' representatives who will be present at trial.**

**ORDERED: 5)** **Counsel shall meet face to face to review their Exhibit Lists and shall file by next Wednesday, February 13th, a Revised Exhibit List which reflects to the maximum extent possible stipulations with respect to admissibility and authenticity.**

**ORDERED: 6)** **No trial briefs shall be filed.**

Court's further comments

Discussion re settlement

**ORDERED: 7)** **The joint oral motion for a settlement conference before Magistrate Judge Kristen L. Mix is GRANTED. Counsel shall obtain a settlement conference date from Magistrate Judge Kristen L. Mix's chambers at the conclusion of this hearing.**

Court's comments re Plaintiff's Amended Motion in Limine

**ORDERED: 8)** **Plaintiff's Amended Motion in Limine (ECF No. 57) is GRANTED IN PART, with respect to the third ground, neither Mr. Taylor nor Mr. Jacobson will be permitted to opine with respect to issues other than the plaintiff's economic losses, and they will not be permitted to testify whether in their opinion his discharge was proper under any law or regulation or City personnel manual. The Court will rule on the remainder of Plaintiff's Motion in Limine by way of written order to be issued prior to trial.**

02:26 p.m.   Court in Recess
             Hearing concluded
             Time: 23 minutes